THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK R. NILSEN, Appellant. [901 NYS2d 896]—Appeal from an order of the Monroe County Court (Frank P. Geraci, Jr., J.), entered January 15, 2009. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Sconiers, Green and Gorski, JJ.